■ NATHAN KLEIN et al., Appellants, v. FURRIERS JOINT COUNCIL et al., Respondents.— Order entered on August 11, 1959, denying plaintiffs' motion for a mandatory injunction directing the defendants to pay the plaintiffs and those similarly situated, the sum of $50 per month retirement fund instead of $35 per month, pending the trial of this action, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Order entered on August 11, 1959, granting the cross motion of the defendant, Furriers Joint Council, pursuant to rule 112 of the Rules of Civil Practice for judgment on the pleadings dismissing the complaint, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Order filed. Order entered on August 11, 1959, granting cross motion of defendant, the Retirement Fund of the Fur Manufacturers, pursuant to rule 112 of the Rules of Civil Practice for judgment on the pleadings dismissing the complaint, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.

■ In the Matter of NOSTRAND CHECK CASHING Co., INC., Appellant, v. G. RUSSELL CLARK, as Superintendent of Banks of the State of New York, et al., Respondents.— Order entered on November 22, 1960, granting respondents' cross motion to dismiss the petition herein, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ. [27 Misc 2d 799.]

■ In the Matter of the Final Accounting of KATHARINE G. BENEDICT, as Administratrix of the Estate of JOSEPHINE B. SHARPE, Deceased, Appellant, SAMUEL MARKEWICH, as Special Guardian for GAMBLE SHARPE, Respondent.— Order entered on February 28, 1961, denying petitioner's motion to dismiss the answer and objections of respondent special guardian to petitioner's final accounting and denying petitioner's motion to vacate a notice of examination, unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.

■ SNJ TRADING CORP., Respondent, v. JAMES LEWIS, Appellant.— Determination of the Appellate Term unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY LORIA, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.

■ ANTONIO CALUCCI, Respondent, v. IGNATIUS N. W. OLNINCK, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ In the Matter of the Probate of the Will of NATHAN LANS, Deceased. BERNICE MARLOWE, Respondent; ARTHUR L. LANS et al., Appellants.—Decree unanimously affirmed, with costs to the respondent. No opinion. Concur — Valente, J. P., McNally, Eager and Steuer, JJ.

■ In the Matter of GANDOLFO A. TUMINELLO, Appellant, v. THEODORE H. LANG et al., Constituting the Civil Service Commission of the City of New York, et al., Respondents.— Order, entered on December 28, 1960, denying petitioner-appellant's application in an article 78 proceeding and dismissing his petition, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.